# IN THE SUPREME COURT OF THE STATE OF NEVADA

GERALD KEITH TAYLOR,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 69874

**FILED**

MAR 2 5 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a purported decision denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

No decision, oral or written, had been made on the petition when appellant filed his appeal on February 25, 2016. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc:    Hon. Michael Villani, District Judge
        Hon. James M. Bixler, Senior District Judge
        Harper Law Group
        Gerald Keith Taylor
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

16-09507